JOHN C. SCHRIEVER, Respondent, v. ANTONIO CERASO and Others, Appellants.— The obvious reason for the application to resettle the order is to throw the trial of the case over the term. We cannot act to accomplish this result indirectly. If the defendants have any valid ground for an adjournment, an application for it should be made upon affidavits to the trial judge. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.

GIROLAMO ALESI and ROSARIA ALESI, Respondents, v. IGNAZIO LA SALA and MARIA LA SALA, Appellants.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

HAROLD ATTWELL, an Infant, by REBECCA H. ATTWELL, His Guardian ad Litem, Respondent, v. WILLIAM B. THOMPSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CHARLES F. BRIDDON, Respondent, v. KATHERYN LANGDON BRIDDON, Defendant. PHILIP SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

BROOKLYN TRUST COMPANY, as Executor and Trustee, etc., of STEPHEN M. KIERNAN, Deceased, Plaintiff, v. GEORGE S. KERNAN, Respondent, Impleaded with ESTHER MAY ETTINGER, as Executrix, etc., of ESTHER DALTON, Deceased, Appellant.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Special Term. (Reported in 108 Misc. Rep. 452.) Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

EDWARD G. BROWN, Respondent, v. PIERCE-ARROW TRUCKING COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to reduce the amount of the verdict to the sum of $5,000, and to modify the judgment accordingly, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs of this appeal. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

EMANUEL CAHN, by MORRIS CAHN, His Guardian ad Litem, Respondent, v. GEORGE C. FERGUSON, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Jaycox, JJ., concur.

JOSEPH FRANCIS IVES, Respondent, v. THE CENTRAL UNION TRUST COMPANY and Others, Respondents, Impleaded with HENRY L. VAN HOESEN and Others, Appellants.— Interlocutory judgment affirmed, with costs, upon the opinion of Mr. Justice Van Siclen at Special Term. (Reported in 110 Misc. Rep. 740.) Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.